**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **DEBORAH SMITH,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**APPFOLIO, INC.,**<br><br>**Defendant.** | **CIVIL ACTION FILE**<br><br>**NO. 1:24-CV-2541-MHC-WEJ** |

**ORDER**

The parties having informed the Court of settlement, the Court hereby **DIRECTS** the Clerk to administratively close this case. These parties shall file a dismissal upon finalization of the settlement documents. If settlement negotiations fail, the parties should promptly move to reopen the case.[1]

**IT IS SO ORDERED** this 22nd day of January, 2025.

Mark H. Cohen

MARK H. COHEN
United States District Judge

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.